**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| ACCREDO HEALTH GROUP, INC. and EXPRESS SCRIPTS SPECIALTY DISTRIBUTION SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LENORA NEWSOME, CLINT BOONE, DEBBIE MACK, WALTER LYN FRUCHEY, BRIAN JOLLY, RODNEY RICHMOND, HAROLD H. SIMPSON, and BETH ANN DAVENPORT, in their official capacities as members of the Arkansas State Board of Pharmacy; and JOHN C. KIRTLEY, in his official capacity as executive director of the Arkansas State Board of Pharmacy, <br><br> Defendants. | Case No. 4:26-cv-00687-LPR |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Accredo Health Group, Inc. and Express Scripts Specialty Distribution Services, Inc. hereby give notice of the voluntary dismissal without prejudice of all claims against all Defendants in the above-captioned action.

August 7, 2026

Respectfully submitted,

Jennifer Milici*
Daniel S. Volchok*
Kevin M. Lamb*
Joseph M. Meyer*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000 (tel.)
(202) 663-6363 (fax)
jennifer.milici@wilmerhale.com
daniel.volchok@wilmerhale.com
kevin.lamb@wilmerhale.com
joseph.meyer@wilmerhale.com

* Admitted *pro hac vice*

Scott P. Richardson (Ark. Bar No. 2001208)
MCDANIEL WOLFF PLLC
1307 West Fourth Street
Little Rock, AR 72201
(501) 954-8000 (tel.)
(866) 419-1601 (fax)
scott@mcdanielwolff.com

2